**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1615**

———————

WILLIAM L. BOYD,

                                        Plaintiff - Appellant,

        versus

MARVIN T. RUNYON, JR., Postmaster General,
United States Postal Service,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Joseph Robert Goodwin,
District Judge. (CA-96-725-3)

———————

Submitted: June 18, 1998              Decided: July 8, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William L. Boyd, Appellant Pro Se. Kelly Rae Rixner, OFFICE OF THE
UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Appellee's motion for summary judgment, denying Appellant's motion for summary judgment and dismissing his action filed under the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-16 (West 1994 & Supp.1998). We have reviewed the record and the district court's opinion adopting the magistrate judge's findings and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Boyd v. Runyon</u>, No. CA-96-725-3 (S.D.W. Va. Apr. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>